■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HANNIBAL SCOTT, Appellant. [987 NYS2d 589]—Appeal from a judgment of the Supreme Court, Erie County (Christopher J. Burns, J.), rendered January 11, 2011. The judgment convicted defendant, after a nonjury trial, of attempted robbery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Peradotto, Valentino and DeJoseph, JJ.